THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NORTHWEST FROZEN LLC, | CASE NO. C22-0084-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| VICTORY PACKAGING LP, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated motion to extend the deadline to respond to the complaint (Dkt. No. 7) is GRANTED. It is hereby ORDERED that defendant shall respond to the complaint by March 4, 2022.

DATED this 17th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk