UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORTHWEST FROZEN, LLC, a Washington limited liability company,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>VICTORY PACKAGING LP, a Texas limited partnership,  )<br><br>Defendant.  ) | CIVIL ACTION FILE<br>NO. 1:22-cv-01478-MHC |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of this action.

This 12th day of October, 2023.

| | |
|---|---|
| **/s/ James D. Blitch IV** | **/s/ S. Gardner Culpepper** |
| James D. Blitch IV | S. Gardner Culpepper |
| Georgia Bar No. 063405 | Georgia Bar No. 201210 |
| BLITCH LAW, P.C. | SMITH GAMBRELL RUSSELL |
| 4200 Northside Parkway, NW | 1105 W. Peachtree Street, NW |
| Building One, Suite 100 | Suite 1000 |
| Atlanta, Georgia 30327 | Atlanta, Georgia 30309 |
| (404) 221-0401 (direct) | (404) 885-3598 |
| jim@blitchlaw.com | sculpepper@sgrlaw.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2023, I electronically filed the foregoing **Stipulation of Dismissal** with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to counsel of record for all parties.

**/s/ James D. Blitch IV**
James D. Blitch IV